4.

| Form **1040X** (Rev. January 2016) | Department of the Treasury - Internal Revenue Service **Amended U.S. Individual Income Tax Return** ▶ Information about Form 1040X and its separate instructions is at *www.irs.gov/form1040x*. | OMB No. 1545-0074 |
|---|---|---|

This return is for calendar year [X] 2015  [ ] 2014  [ ] 2013  [ ] 2012
Other year. Enter one: calendar year _____ or fiscal year (month and year ended): _____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Paul | Bruyea | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

| Current home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number |
|---|---|---|
| c/o 707 Fort Street | 301 | |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Victoria

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| Canada | BC | V8W 3G3 |

**Amended return filing status.** You must check one box even if you are not changing your filing status. Caution: In general, you cannot change your filing status from joint to separate returns after the due date.
[ ] Single
[ ] Head of household (If the qualifying person is a child but not your dependent, see instructions.)
[ ] Married filing jointly
[X] Married filing separately   [ ] Qualifying widow(er)

**Full-year coverage.** If all members of your household have full-year minimal essential health care coverage, check "Yes." Otherwise, check "No." (See instr.)
[ ] Yes   [X] No

| Use Part III on page 2 to explain any changes | | A. Original amount or as previously adjusted (see instructions) | B. Net change - amount of increase or (decrease) - explain in Part III | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ [ ] | 1 | | | |
| 2 Itemized deductions or standard deduction | 2 | | | |
| 3 Subtract line 2 from line 1 | 3 | | | |
| 4 Exemptions. If changing, complete Part I on page 2 and enter the amount from line 29 | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | | | |
| **Tax Liability** | | | | |
| 6 Tax. Enter method(s) used to figure tax: QDCGTW; F6251 | 6 | 1,408,866. | | 1,408,866. |
| 7 Credits. If general business credit carryback is included, check here ▶ [ ] | 7 | 1,398,571. | | 1,398,571. |
| 8 Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 10,295. | | 10,295. |
| 9 Health care: Individual responsibility (see instructions) | 9 | | | |
| 10 Other taxes | 10 | 263,523. | -263,523. | 0. |
| 11 Total tax. Add lines 8, 9, and 10 | 11 | 273,818. | -263,523. | 10,295. |
| **Payments** | | | | |
| 12 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (If changing, see instructions.) | 12 | 240. | | 240. |
| 13 Estimated tax payments, including amount applied from prior year's return | 13 | | | |
| 14 Earned income credit (EIC) | 14 | | | |
| 15 Refundable credits from: [ ] Schedule 8812  [ ] Form(s) [ ] 2439  [ ] 4136 [ ] 8801  [ ] 8863  [ ] 8885  [ ] 8962 or [ ] other (specify): | 15 | | | |
| 16 Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | | 16 | 273,578. |
| 17 Total payments. Add lines 12 through 16 | | | 17 | 273,818. |
| **Refund or Amount You Owe** | | | | |
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | | 18 | |
| 19 Subtract line 18 from line 17 (If less than zero, see instructions.) | | | 19 | 273,818. |
| 20 Amount you owe. If line 11, column C, is more than line 19, enter the difference | | | 20 | |
| 21 If line 11, column C, is less than line 19, enter the difference. This is the amount overpaid on this return | | | 21 | 263,523. |
| 22 Amount of line 21 you want refunded to you | | | 22 | 263,523. |
| 23 Amount of line 21 you want applied to your (enter year): _____ estimated tax | 23 | | | |

**Complete and sign this form on Page 2.**

LHA   For Paperwork Reduction Act Notice, see instructions.   510701 01-27-16   Form **1040X** (Rev. 1-2016)

Form 1040X (Rev. 1-2016)  Paul Bruyea                                                                        Page 2

## Part I  Exemptions

Complete this part only if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

| See Form 1040 or Form 1040A instructions and Form 1040X instructions. | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| 24  Yourself and spouse. Caution: If someone can claim you as a dependent, you cannot claim an exemption for yourself | 24 | | | |
| 25  Your dependent children who lived with you | 25 | | | |
| 26  Your dependent children who did not live with you due to divorce or separation | 26 | | | |
| 27  Other dependents | 27 | | | |
| 28  Total number of exemptions. Add lines 24 through 27 | 28 | | | |
| 29  Multiply the number of exemptions claimed on line 28 by the exemption amount shown in the instructions for line 29 for the year you are amending. Enter the result here and on line 4 on page 1 of this form | 29 | | | |

30  List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

## Part II  Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.
☐ Check here if you did not previously want $3 to go to the fund, but now do.
☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

## Part III  Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

The return is amended to relieve the taxpayer of double taxation that arises from Net Investment Income Tax. See attached form 8833.

**Sign Here**
Remember to keep a copy of this form for your records.
Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶ _____   Date _____   ▶ _____   Date _____
Your signature                                     Spouse's signature. If a joint return, both must sign.

**Paid Preparer Use Only**

▶ _____   Date _____
Preparer's signature

Firm's name (or yours if self-employed): Cameron Izard Snell

Print/type preparer's name: Angus Izard
PTIN: P01432639

☐ Check if self-employed

Firm's address and ZIP code: #301 - 707 Fort St, Victoria, BC V8W 3G3 Canada
Phone number: (250) 381-2288
EIN: 98-0520119

510702  01-27-16  For forms and publications, visit IRS.gov.                           Form 1040X (Rev. 1-2016)

6114 Disclosure

# Form 1040 U.S. Individual Income Tax Return (99) 2015

OMB No. 1545-0074   IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2015, or other tax year beginning _____, 2015, ending _____, 20 _____   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Paul | Bruyea | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
c/o 707 Fort Street   301

Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below.
Victoria

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You   ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| Canada | BC | V8W 3G3 |

**Filing Status** — Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ Laura Nguyen Bruyea
4. ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a   Boxes checked on 6a and 6b: 1
b ☐ Spouse   No. of children on 6c who:
c Dependents:
(1) First name   Last name   (2) Dependent's social security number   (3) Dependent's relationship to you   (4) ✓ if child under age 17 qualifying for child tax credit

• lived with you _____
• did not live with you due to divorce or separation (see instructions) _____

Dependents on 6c not entered above _____

If more than four dependents, see instructions and check here ▶ ☐

Add numbers on lines above ▶ 1

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | | | Amount |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | | 8a | 648. |
| b | Tax-exempt interest. Do not include on line 8a | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | | 9a | 1,600. |
| b | Qualified dividends | 9b | 1,600. | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 13 | 7,010,078. |
| 14 | Other gains or (losses). Attach Form 4797 | | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount | 15b |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | 47,497. |
| 18 | Farm income or (loss). Attach Schedule F | | 18 | |
| 19 | Unemployment compensation | | 19 | |
| 20a | Social security benefits | 20a  20,421. | b Taxable amount | 20b  0. |
| 21 | Other income. List type and amount | | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | | 22 | 7,059,823. |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | | 37 | 7,059,823. |

510001
12-30-15

LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2015)

Form 1040 (2015) Paul Bruyea — Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 7,059,823. |
| Standard Deduction for— | 39a | Check if: [X] You were born before January 2, 1951, [ ] Blind. [ ] Spouse was born before January 2, 1951, [ ] Blind. Total boxes checked ▶ 39a | 1 |
| ● People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b [ ] | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 7,550. |
| | 41 | Subtract line 40 from line 38 | 41 | 7,052,273. |
| | 42 | Exemptions. If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see inst. | 42 | 0. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 7,052,273. |
| | 44 | Tax. Check if any from: a[ ] Form(s) 8814 b[ ] Form 4972 c[ ] | 44 | 1,398,683. |
| | 45 | Alternative minimum tax. Attach Form 6251 | 45 | 10,183. |
| ● All others: Single or Married filing separately, $6,300 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 1,408,866. |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | 1,398,571. |
| Married filing jointly or Qualifying widow(er), $12,600 | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| Head of household, $9,250 | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: a[ ] 3800 b[ ] 8801 c[ ] | 54 | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | 1,398,571. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 10,295. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a[ ] 4137 b[ ] 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: Individual responsibility (see instructions)   Full-year coverage [ ] | 61 | |
| | 62 | Taxes from: a[ ] Form 8959 b[ ] Form 8960 c[ ] Inst.; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 10,295. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 240. | Statement 5 |
| | 65 | 2015 estimated tax payments and amount applied from 2014 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election   66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a[ ]2439 b[ ]Reserved c[ ]8885 d[ ] | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 240. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ [ ] | 76a | Statement 4 |
| Direct deposit? See instructions. | b | Routing number | c | Type: [ ] Checking [ ] Savings   d Account number | | |
| | 77 | Amount of line 75 you want applied to your 2016 estimated tax ▶ | 77 | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 10,055. |
| | 79 | Estimated tax penalty (see instructions) | 79 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] Yes. Complete below. [ ] No | Designee's name ▶ Angus Izard | Phone no. ▶ 250-381-2288 | Personal identification number (PIN) ▶ |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check [ ] self-employed | PTIN |
| Angus Izard | | | | P01432639 |
| Firm's name ▶ Cameron Izard Snell | | Firm's EIN ▶ 98 0520119 |
| Firm's address ▶ #301 - 707 Fort St   Victoria, BC V8W 3G3 Canada | | Phone no. (250) 381-2288 |

510002
12-30-15

Form **8833**
(Rev. December 2013)
Department of the Treasury
Internal Revenue Service

# Treaty-Based Return Position Disclosure Under Section 6114 or 7701(b)

▶ Attach to your tax return.
▶ Information about Form 8833 and its instructions is at *www.irs.gov/form8833*.

OMB No. 1545-1354

Attach a separate Form 8833 for each treaty-based return position taken. Failure to disclose a treaty-based return position may result in a penalty of $1,000 ($10,000 in the case of a C corporation) (see section 6712).

| Name | U.S. taxpayer identifying number | Reference ID number, if any (see instr.) |
|---|---|---|
| Paul Bruyea | | |

| Address in country of residence | Address in the United States |
|---|---|
| c/o 301-707 Fort St<br>Victoria, BC V8W 3G3<br>Canada | N/A |

Check one or both of the following boxes as applicable:
- The taxpayer is disclosing a treaty-based return position as required by section 6114 ........................ ▶ [X]
- The taxpayer is a dual-resident taxpayer and is disclosing a treaty-based return position as required by Regulations section 301.7701(b)-7 ........................ ▶ [X]

Note. If the taxpayer is a dual-resident taxpayer and a long-term resident, by electing to be treated as a resident of a foreign country for purposes of claiming benefits under an applicable income tax treaty, the taxpayer will be deemed to have expatriated pursuant to section 877A. For more information, see the instructions.

Check this box if the taxpayer is a U.S. citizen or resident or is incorporated in the United States ........................ ▶ [X]

1  Enter the specific treaty position relied on:
 a  Treaty country  Canada
 b  Article(s)  Article XXIV(1)

3  Name, identifying number (if available to the taxpayer), and address in the United States of the payor of the income (if fixed or determinable annual or periodical). See instructions.

2  List the Internal Revenue Code provision(s) overruled or modified by the treaty-based return position

4  List the provision(s) of the limitation on benefits article (if any) in the treaty that the taxpayer relies on to prevent application of that article ▶

5  Is the taxpayer disclosing a treaty-based return position for which reporting is specifically required pursuant to Regulations section 301.6114-1(b)? ........................ ☐ Yes  [X] No
If "Yes," enter the specific subsection(s) of Regulations section 301.6114-1(b) requiring reporting ... ▶ ____
Also include the information requested in line 6.

6  Explain the treaty-based return position taken. Include a brief summary of the facts on which it is based. Also, list the nature and amount (or a reasonable estimate) of gross receipts, each separate gross payment, each separate gross income item, or other item (as applicable) for which the treaty benefit is claimed

The taxpayer is a US citizen resident in Canada. The taxpayer earned rental income in Canada and had a gain on the sale of the Canadian rental property. Pursuant to Article XXIV paragraph 1 of the Canada US Income Tax Treaty where a US citizen is resident in Canada the United States shall allow as credit against US tax, amounts paid to Canada. For this purpose, US tax is defined under Article II of the Treaty. The taxpayer hereby claims a foreign tax credit of $263,523 for Canadian taxes paid to offset the net investment tax calculated on Canadian source income.

516201
04-01-15  LHA  For Paperwork Reduction Act Notice, see the instructions.

Form **8833** (Rev. 12-2013)

16
11051104 137560 AB010           2015.06000 Bruyea, Paul           AB010___3

| Form **8960** | **Net Investment Income Tax -** | OMB No. 1545-2227 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | **Individuals, Estates, and Trusts** ▶ Attach to your tax return. ▶ Information about Form 8960 and its separate instructions is at www.irs.gov/form8960. | **2015** Attachment Sequence No. 72 |

Name(s) shown on your tax return: Paul Bruyea  
Your social security number or EIN: [redacted]

**Part I  Investment Income**  
☐ Section 6013(g) election (see instructions)  
☐ Section 6013(h) election (see instructions)  
☐ Regulations section 1.1411-10(g) election (see instructions)

| | | | |
|---|---|---|---|
| 1 | Taxable interest (see instructions) | 1 | 648. |
| 2 | Ordinary dividends (see instructions) | 2 | 1,600. |
| 3 | Annuities (see instructions) | 3 | |
| 4a | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (see instructions) ... 4a  47,497. | | |
| b | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) ... 4b | | |
| c | Combine lines 4a and 4b | 4c | 47,497. |
| 5a | Net gain or loss from disposition of property (see instructions) ... 5a  7,010,078. | | |
| b | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) ... 5b | | |
| c | Adjustment from disposition of partnership interest or S corporation stock (see instructions) ... 5c | | |
| d | Combine lines 5a through 5c | 5d | 7,010,078. |
| 6 | Adjustments to investment income for certain CFCs and PFICs (see instructions) | 6 | |
| 7 | Other modifications to investment income (see instructions) ... See Form 8833 | 7 | -7,059,823. |
| 8 | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 | 8 | |

**Part II  Investment Expenses Allocable to Investment Income and Modifications**

| | | | |
|---|---|---|---|
| 9a | Investment interest expenses (see instructions) ... 9a | | |
| b | State, local, and foreign income tax (see instructions) ... 9b | | |
| c | Miscellaneous investment expenses (see instructions) ... 9c | | |
| d | Add lines 9a, 9b, and 9c | 9d | |
| 10 | Additional modifications (see instructions) | 10 | |
| 11 | Total deductions and modifications. Add lines 9d and 10 | 11 | |

**Part III  Tax Computation**

| | | | |
|---|---|---|---|
| 12 | Net investment income. Subtract Part II, line 11 from Part I, line 8. Individuals complete lines 13-17. Estates and trusts complete lines 18a-21. If zero or less, enter -0- | 12 | |
| | **Individuals:** | | |
| 13 | Modified adjusted gross income (see instructions) ... 13  7,059,823. | | |
| 14 | Threshold based on filing status (see instructions) ... 14  125,000. | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- ... 15  6,934,823. | | |
| 16 | Enter the smaller of line 12 or line 15 | 16 | |
| 17 | Net investment income tax for individuals. Multiply line 16 by 3.8% (.038). Enter here and include on your tax return (see instructions) | 17 | |
| | **Estates and Trusts:** | | |
| 18a | Net investment income (line 12 above) ... 18a | | |
| b | Deductions for distributions of net investment income and deductions under section 642(c) (see instructions) ... 18b | | |
| c | Undistributed net investment income. Subtract line 18b from 18a (see instructions). If zero or less, enter -0- ... 18c | | |
| 19a | Adjusted gross income (see instructions) ... 19a | | |
| b | Highest tax bracket for estates and trusts for the year (see instructions) ... 19b | | |
| c | Subtract line 19b from line 19a. If zero or less, enter -0- ... 19c | | |
| 20 | Enter the smaller of line 18c or line 19c | 20 | |
| 21 | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (.038). Enter here and include on your tax return (see instructions) | 21 | |

LHA  For Paperwork Reduction Act Notice, see your tax return instructions.  Form **8960** (2015)

523121 12-10-15

| Form **1116** | **Foreign Tax Credit** | OMB No. 1545-0121 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Individual, Estate, or Trust)<br>► Attach to Form 1040, 1040NR, 1041, or 990-T.<br>► Information about Form 1116 and its separate instructions is at *www.irs.gov/form1116*. | **2015**<br>Attachment Sequence No. **19** |

| Name | Identifying number as shown on page 1 of your tax return |
|---|---|
| Paul Bruyea | |

Use a separate Form 1116 for each category of income listed below. See Categories of Income in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

- a [X] Passive category income
- b [ ] General category income
- c [ ] Section 901(j) income
- d [ ] Certain income re-sourced by treaty
- e [ ] Lump-sum distributions

**f** Resident of (name of country) ► Canada

Note: *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

### Part I — Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | | Foreign Country or U.S. Possession | | | Total (Add cols. A, B, and C.) |
|---|---|---|---|---|---|
| | | A | B | C | |
| g | Enter the name of the foreign country or U.S. possession ► | Canada | Other Countries | | |
| 1a | Gross income from sources within country shown above and of the type checked above: _____ | 4,117,790. | | | 1a  4,117,790. |
| b | Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ► [ ] | | | | |
| **Deductions and losses** (Caution: See instructions): | | | | | |
| 2 | Expenses definitely related to the income on line 1a (attach statement) | 552,881. | | | |
| 3 | Pro rata share of other deductions not definitely related: | | | | |
| a | Certain itemized deductions or standard deduction | 7,550. | 7,550. | | |
| b | Other deductions (attach statement) | | | | |
| c | Add lines 3a and 3b | 7,550. | 7,550. | | |
| d | Gross foreign source income | 8,276,230. | | | |
| e | Gross income from all sources | 8,277,830. | 8,277,830. | | |
| f | Divide line 3d by line 3e | .99981 | .00000 | | |
| g | Multiply line 3c by line 3f | 7,549. | | | |
| 4 | Pro rata share of interest expense: | | | | |
| a | Home mortgage interest (use the Worksheet for Home Mortgage Interest in the instructions) | | | | |
| b | Other interest expense | | | | |
| 5 | Losses from foreign sources | | | | |
| 6 | Add lines 2, 3g, 4a, 4b, and 5 | 560,430. | | | 6  560,430. |
| 7 | Subtract line 6 from line 1a. Enter the result here and on line 15, page 2 | | | ► | 7  3,557,360. |

### Part II — Foreign Taxes Paid or Accrued

| Country | Credit is claimed for taxes (you must check one)<br>(h) [ ] Paid<br>(i) [X] Accrued | Foreign taxes paid or accrued | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | In foreign currency | | | | In U.S. dollars | | | (s) Total foreign taxes paid or accrued (add cols. (o) through (r)) |
| | | Taxes withheld at source on: | | | (n) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (r) Other foreign taxes paid or accrued |
| | (j) Date paid or accrued | (k) Dividends | (l) Rents and royalties | (m) Interest | | (o) Dividends | (p) Rents and royalties | (q) Interest | |
| A | 12/31/15 | 2498098 | | | | 1953513 | | | 1953513. |
| B | | | | | | | | | |
| C | | | | | | | | | |

**8** Add lines A through C, column (s). Enter the total here and on line 9, page 2 ............................................ ► **8** 1953513.

LHA  For Paperwork Reduction Act Notice, see instructions.

Form **1116** (2015)

Form 1116 (2015) Paul Bruyea                                                                                                  02

### Part III | Figuring the Credit

9  Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I ..... **9** | 1,953,513.

10 Carryback or carryover (attach detailed computation) ..... See Statement 10 **10** | 21,457.

11 Add lines 9 and 10 ..... **11** | 1,974,970.

12 Reduction in foreign taxes *Taxes used to offset tax on Form 8960* ..... **12** | 263,523.

13 Taxes reclassified under high tax kickout ..... **13** |

14 Combine lines 11, 12, and 13. This is the total amount of foreign taxes available for credit ..... **14** | 1,711,447.

15 Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I ..... **15** | 3,557,360.

16 Adjustments to line 15 ..... **16** | 303.

17 Combine the amounts on lines 15 and 16. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 18 through 22. However, if you are filing more than one Form 1116, you must complete line 20.) ..... **17** | 3,557,663.

18 Individuals: Enter the amount from Form 1040, line 41, or Form 1040NR, line 39. Estates and trusts: Enter your taxable income without the deduction for your exemption ..... See Statement 9 **18** | 3,557,965.

Caution: *If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions.*

19 Divide line 17 by line 18. If line 17 is more than line 18, enter "1" ..... **19** | .99992

20 Individuals: Enter the amounts from Form 1040, lines 44 and 46. If you are a nonresident alien, enter the amounts from Form 1040NR, lines 42 and 44. Estates and trusts: Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37 ..... **20** | 1,398,683.

Caution: *If you are completing line 20 for separate category e (lump-sum distributions), see instructions.*

21 Multiply line 20 by line 19 (maximum amount of credit) ..... **21** | 1,398,571.

22 Enter the smaller of line 14 or line 21. If this is the only Form 1116 you are filing, skip lines 23 through 27 and enter this amount on line 28. Otherwise, complete the appropriate line in Part IV ▶ **22** | 1,398,571.

### Part IV | Summary of Credits From Separate Parts III

23 Credit for taxes on passive category income ..... **23** | 1,398,571.
24 Credit for taxes on general category income ..... **24** |
25 Credit for taxes on certain income re-sourced by treaty ..... **25** |
26 Credit for taxes on lump-sum distributions ..... **26** |
27 Add lines 23 through 26 ..... **27** | 1,398,571.
28 Enter the smaller of line 20 or line 27 ..... **28** | 1,398,571.
29 Reduction of credit for international boycott operations ..... **29** |
30 Subtract line 29 from line 28. This is your foreign tax credit. Enter here and on Form 1040, line 48; Form 1040NR, line 46; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a ▶ **30** | 1,398,571.

Form 1116 (2015)