IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PAUL BRUYEA                )<br>                                          )<br>         v.                             ) Civil Action No. __23-766 T__<br>                                          )<br>                                          )<br>THE UNITED STATES     ) Filed Electronically<br>                                          ) | |

## MOTION TO SEAL

1. Plaintiff, Paul Bruyea, is filing a suit for refund of federal taxes that were wrongfully assessed and collected. Pursuant to Rule 9(m) of the Rules of the United States Court of Federal Claims, two versions of a Complaint and related exhibits are to be filed: one that redacts the plaintiff's social security number wherever appearing in the Complaint and related exhibits and a second without such redactions that is filed under Seal.

2. In order to file a sealed document with this Court, a motion must be filed to that effect.

WHEREFORE, plaintiff requests that the Court file under seal the unredacted Complaint and Exhibits and accept for public filing the redacted version of the Complaint and Exhibits.

Respectfully submitted

s/ Stuart E Horwich_____
Stuart E Horwich
Horwich Law LLP
20 Old Bailey, 5th Floor
London  EC4M 7AN
United Kingdom
011 44 20 8057 8013(phone)
302 861 1411 (fax)
seh@horwichlaw.com

Dated:  May 25, 2023          Counsel for Plaintiff

1