IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-766-T

(Judge Matthew H. Solomson)

PAUL BRUYEA

                             Plaintiff,

v.

UNITED STATES,

                             Defendant.

**JOINT STATUS REPORT**

The parties submit this Joint Status Report pursuant to the Court's May 25, 2023, Order. The parties advise the Court that they have conferred regarding the proposed redacted complaint (Dkt. 2, including attached exhibits), and they agree that the proposed redacted complaint and its accompanying exhibits should be unsealed in their current form.

                             Respectfully submitted,

June 5, 2023                  *s/ Stuart E Horwich*
                                  STUART E. HORWICH
                                  Attorney of Record for Plaintiff
                                  Horwich Law LLP
                                  20 Old Bailey, 5th Floor
                                  London, EC4M 7AN, United Kingdom
                                  011 44 208 057 8013 (phone)
                                  302 861 1411 (fax)
                                  seh@horwichlaw.com

|  |  |
|---|---|
|  | *s/ Max Reed*<br>MAX REED<br>Of Counsel for Plaintiff<br>Polaris Tax Counsel<br>1788 West Broadway, Suite 900<br>Vancouver, British Columbia<br>BC V6J 1Y1 Canada<br>(604) 283 9301<br>max@polaristax.com |
| June 5, 2023 | */s/ Jason Bergmann*<br>JASON BERGMANN<br>Attorney of Record for United States<br>U.S. Department of Justice, Tax Division<br>Court of Federal Claims Section<br>Post Office Box 26<br>Ben Franklin Post Office<br>Washington, D.C. 20044<br>(202) 616-3425 (tel)<br>(202) 514-9440 (fax)<br>jason.bergmann@usdoj.gov<br><br>DAVID A. HUBBERT<br>  Deputy Assistant Attorney General<br>DAVID I. PINCUS<br>  Chief, Court of Federal Claims Section<br>MARY M. ABATE<br>   Assistant Chief, Court of Federal Claims Section<br><br>     */s/ Mary M. Abate*<br>  Of Counsel |