IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PAUL BRUYEA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-766 T |
| | ) |
| | ) Judge Matthew H. Solomson |
| THE UNITED STATES, | ) |
| | ) Filed Electronically |
| | ) |
|     Defendant | ) |

**PLAINTIFF'S REPLY MOTION TO TRANSFER THE CASE**

Plaintiff believes that the reasons to transfer the case to Judge Horn for the efficient administration of justice have been fully set forth in the original motion. While undoubtedly nuances exist between the *Christensen* case and the case at bar, the fundamental issue is one of first impression that has required extensive original and supplemental briefing. In these circumstances, the amount of effort for the parties and the Court would be reduced if Judge Horn is assigned this case. This efficiency is achieved even if a different result would occur based on any such nuances.

WHEREFORE, the Plaintiff requests that the instant case be reassigned to Judge Horn for the efficient administration of justice for the reasons set forth above.

    Respectfully submitted

    s/ Stuart E Horwich_____
    Stuart E Horwich
    Horwich Law LLP
    20 Old Bailey, 5th Floor
    London, EC4M 7AN, United Kingdom
    011 44 208 057 8013 (phone)
    302 861 1411 (fax)
    seh@horwichlaw.com
    Counsel for Plaintiffs

                                                s/ Max Reed_____
Max  Reed
Polaris Tax Counsel
1788 West Broadway, Suite 900
Vancouver, British Columbia
BC V6J 1Y1  Canada
(604) 283 9301
max@polaristax.com

Dated:  June 20, 2023           Of Counsel