# In the United States Court of Federal Claims

No. 23-766 T

Filed: January 17, 2025

```
*************************************
PAUL BRUYEA,                        *
             Plaintiff,             *
                                    *           JUDGMENT
        v.                          *
                                    *
THE UNITED STATES,                  *
             Defendant.             *
*************************************
```

Pursuant to the court's Order, filed January 17, 2025, and the parties' joint status report, filed January 16, 2025,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff recover of and from the United States the following amount: For plaintiff's income-tax year ended December 31, 2015, an overpayment of income tax in the amount of $263,462.00, with statutory interest on such overpayment pursuant to section 6611 of the Internal Revenue Code.

Lisa L. Reyes
Clerk of Court

By:   s/ Ashley Reams
      Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.